# CLEARY | GIACOBBE | ALFIERI | JACOBS LLC

BRUCE W. PADULA, Partner
bpadula@cgajlaw.com

**Reply to: Matawan Office**

<u>**Via Regular Mail**</u>
Honorable Michael A. Shipp
US District Court for the District of New Jersey
402 E State St, Room 2020
Trenton, New Jersey 08608

      Re:    Michael Battista et al. v. The Borough of Beach Haven
               Case No.: 3:24-c-07111-MAS-RLS

Dear Judge Shipp:

This letter is submitted to the Court in accordance with its instructions that the parties meet and confer regarding a briefing schedule for the above-referenced matter. The parties respectfully submit the following proposed schedule for the Court's consideration and approval:

**June 25, 2024:**
Defendant's motion for preliminary restraints prohibiting Teen Nights against Plaintiff Marlin due

**July 5, 2024:**
Defendant's opposition and cross-motion to Plaintiffs' application due

**July 19, 2024:**
Plaintiffs' opposition to any defense motions due
Plaintiffs' reply to Defense opposition to application due.

**July 26, 2024:**
Defendants reply to Plaintiff's opposition to any motions due.

Thank you for your consideration.

Respectfully submitted,

*/s/ Bruce W. Padula*
BRUCE W. PADULA
BWP/gm
c:    Arnold C. Lakind, Esq.
       Kevin Riordan, Esq.

**SO ORDERED** on this 25th day of June 2024,

_____
MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE