# KEVIN B. RIORDAN, ESQ., LLC

*A New Jersey Limited Liability Company*
*Counselors at Law*

20 Hadley Avenue
Toms River, NJ 08753
732-240-2250
Fax 732-240-3334
kriordan@kbrlawfirm.com

Kevin B. Riordan * + ±

*\* Certified by the Supreme Court of*
*New Jersey as a Civil Trial Attorney*

± *R. 1:40 Court Approved Mediator*

Michael T. Collins, J.S.C. (Ret.)
*Of Counsel*

+ *New Jersey Institute of*
*Local Government Attorneys*
*Diplomate in Local Government Law*

July 11, 2024

Honorable Craig L. Wellerson, P.J.S.C.
Ocean County Courthouse
100 Hooper Avenue; Courtroom 8
Toms River, NJ  08754
(Via ECF)

> **Re:** **Battista, et al. v. Borough of Beach Haven**
> **Docket No.:  OCN-L-1586-24**

Dear Judge Wellerson:

Please be advised that, on July 2, 2024, the Honorable Michal A. Shipp, U.S.D.J., invoked Rocker-Feldman abstention and remanded the above-captioned to the Superior Court.  The Rooker-Feldman doctrine is a judicially created doctrine that strips federal courts of jurisdictions over certain matters that have been decided by a state tribunal. The Rooker-Feldman doctrine finds its roots in the full faith and credit clause of the Constitution, as codified by Congress in the full faith and credit statute.  28 U.S.C.  1738.  See Rooker v. Fid. Tr. Co., 261 U.S. 114 (1923) and D.C. Ct. of Appeals v. Feldman, 460 U.S. 462 (1983).  Judge Shipp reasoned that the ABC action and this action required abstention.

At the time of the remand, Judge Shipp had denied Plaintiffs' request for temporary restraints, but chose to abstain rather than rule on the Defendant's request for restraints.

The Defendant's time to answer, by our calculation, expires today.  We have, therefore, filed the within Motion to Dismiss Plaintiffs' Complaint in lieu of an answer.

1

Thank you for Your Honor's attention to this matter.

Respectfully submitted,
**KEVIN B. RIORDAN, ESQ., LLC**

/s/ Kevin B. Riordan

Kevin B. Riordan

KBR/kar
Enclosures
cc:  Arnold C. Lakind, Esq. (Via ECF)

2